UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MOSES LANDAU, et al.,

                Plaintiffs,

    - v -

SPENUZZA, INC., et al.,

                Defendants.
-----------------------------------------------------------------x

**MEMORANDUM**

CV-04-5504 (SLT)(VVP)

      The parties have submitted a proposed protective order for execution by the court. As drafted, the proposed order gives virtually unfettered discretion to counsel and the parties to designate broad categories of documents to be subject to the order without making the required showing of good cause under Rule 26(c) of the Federal Rules of Civil Procedure. Accordingly, the court has executed the order, but has limited its application solely to trade secrets of the defendant Spenuzza, Inc., as good cause for protecting such information from general disclosure is apparent. If the parties wish to extend the protections of the protective order to other documents, however, they must describe with specificity the documents that are to be subject to the order, and if not readily apparent from the description, make a separate showing of good cause why the documents should be maintained in confidence.

                                                                                             *Viktor V. Pohorelsky*
                                                                                             VIKTOR V. POHORELSKY
                                                                                             United States Magistrate Judge

Dated:       Brooklyn, New York
                June 6, 2005